<table>
<tr><td>
Morris Bart, LA<br>
Terry B. Loup, LA, MS, TX<br>
Glenn Lieberman, LA<br>
Kenneth M. Altman, LA, MS, FL<br>
Craig A. Gentry, LA, MS<br>
Janet Buggee Avery, LA<br>
James L. Leathem, LA<br>
Roderick A. James, LA<br>
Daniel Snellings, LA, MS, FL<br>
Dennis N. Thomson, LA, AL, AR<br>
Abby L. Roberts, LA, AR<br>
Paige Patriarca, LA<br>
Patrick H. Gibbons, LA<br>
Esmeralda Graham, LA, NM<br>
Lauren Pilie, LA, GA<br>
Przemek Lubecki, LA, IL<br>
Danielle Smith, LA, TX<br>
Matthew Hemmer, LA, OH, KY<br>
Kathryn Landry, LA<br>
Austin Marks, LA<br>
Erin E. Cloyd, LA<br>
Sharika L. King, LA<br>
Reshonda Thompson, LA<br>
Kim Paul, LA<br>
Linda Gonzales, LA<br>
J.D. Parker, LA<br>
Kelly Johnson, LA<br>
Travis Williams, LA<br>
Alaina Brandhurst, LA<br>
Lindsey Topp, LA, MS, CA<br>
Adam Bosso, LA<br>
Tamyra Craig, LA<br>
Betsy Barnes, LA<br>
John Richards, LA, AR<br>
Lauren Sullivan, LA, MS<br>
Richard (Rick) Root, LA<br>
Paul Villalobos, LA<br>
*Christine Brandt, AL<br>
John Enochs, LA, TX, MS, KY<br>
Spencer Gulden, LA, TX<br>
Natalie Kobetz, LA<br>
Sarah Constant, LA<br>
Aaron Hurd, LA<br>
Faye Sheets, LA, TN<br>
Rebekah Capers, LA<br>
Jacob Goehring, LA<br>
Marquita Cage, LA<br>
Taylor Burnham, LA, GA<br>
Rachael Fajoni, LA<br>
Eve Vavrick, LA<br>
Alexander Lair, LA<br>
Luc Zeller, LA<br>
Tara Melancon, LA<br>
Robert Warren, LA<br>
*Bert Greenwell, KY, NJ<br>
Jordan Lieberman, LA<br>
Alaraby Johnson, LA<br>
Parker Derenbecker, LA<br><br>
**OF COUNSEL**<br>
Shannon Rodriguez, LA<br>
Darryl Dungan, LA, FL<br>
Kristi Tamura, LA<br>
Kathryn Cox, LA<br>
Mark Lumpkin, MS, LA<br>
Stephanie Roberts, LA<br>
Edward L. Boudreaux, III, LA<br>
Melissa Herman, LA<br>
Melodie Molina, LA<br>
Thelia Jean Eaby, LA<br>
Kevin Galatas, LA<br>
Brejette Bundy, LA<br>
Deisha LaGarde, LA<br><br>
*not licensed to practice in Louisiana<br><br>
**ADMINISTRATOR**<br>
Mark Duhon
</td><td>

# MORRISBART, L.L.C.
### ATTORNEYS AT LAW

Pan American Life Center, 601 Poydras Street, 24th Floor<br>
New Orleans, La 70130-6036<br>
Telephone 504.525.8000<br>
Fax 504.599.3380

Writer's Direct Dial: (228) 574-4135<br>
Writer's Direct Facsimile: (228) 284-1872<br>
E-mail: Jlennard@morrisbart.com

October 20, 2020

VIA EMAIL: claimmail@phly.com<br>
ATTN: Meg Harris<br>
Claims Department<br>
P.O. Box 950<br>
Bala Cynwyd, PA 19004

    RE:    Our Client:    Allen Brice<br>
               Claim No.:    1335842<br>
               MB File No.:    S19-9561MS

Dear Ms. Harris:

    Enclosed please find documentation to substantiate the claims of my Client, Allen Brice, for all damages sustained as a direct result of the slip and fall at Dismas Charities, on December 10, 2019. Mr. Brice incurred the following specific expenses as a direct result of that fall:

| Provider: | Date(s): | Bills: |
|---|---|---|
| AAA Ambulance | 12/10/2019 | $1,049.40 |
| Forrest General | 12/10/2019 | $5,825.15 |
|  | 12/15/2019 | $4,978.00 |
|  | 12/18/2019 | $749.00 |
|  | 12/31/2019 | $573.00 |
| ER Physician | 12/10/2019 | $730.00 |
|  | 12/15/2019 | $931.00 |
|  | 12/18/2019 | $454.00 |
| Radiology | 12/10/2019 | $441.00 |
|  | 12/15/2019 | $486.00 |
| Southern Neurologic Spine Institute | 01/28/2020 | $228.00 |
|  | 02/25/2020 | $102.00 |
|  | 06/09/2020 | $102.00 |
| Murphy Chiropractic | 07/22/2020-08/28/2020 | $4,020.00 |
|  | **Total:** | **$20,668.55** |



    Due to the type of injuries Allen Brice sustained, we would recommend a settlement in the amount of $150,000.00, plus the above-mentioned specials.

</td></tr></table>

Baton Rouge 225.925.8000    Lafayette 337.233.4200    Shreveport 318.222.9000    Lake Charles 337.477.4600    Alexandria 318.561.7700<br>
Gulfport 228.432.9000    Pascagoula 228.762.4700    Hattiesburg 601.583.8000    Texarkana 870.772.1669<br>
Monroe 318.807.1000    Mobile 251.433.2210    Montgomery 334.834.1800    Birmingham 205.251.6700    Toll Free 800.876.2244<br>
www.morrisbart.com

      Once you have had a chance to review the enclosed material, please contact me to bring this case to a conclusion.

                                      Sincerely,
                                      *s/Jessica M. Lennard*
                                      Jessica M. Lennard

JLEN/jlen

Enclosures