# Mississippi Electronic Courts
## Twelfth Circuit Court District (Forrest Circuit Court)
## CIVIL DOCKET FOR CASE #: 18CI1:20-cv-00181

BRICE v. DISMAS CHARITIES PROPERTIES, INC. et al
Assigned to: Robert Helfrich

**Upcoming Settings:**

None Found

Date Filed: 12/17/2020
Current Days Pending: 39
Total Case Age: 39
Jury Demand: None
Nature of Suit: Negligence - Motor
Vehicle (182)

**Plaintiff**

**ALLEN BRICE**                       represented by   **Brigg Hails Austin**
                                                       Morris Bart LLC
                                                       Morris Bart LLC
                                                       1712 15th St., suite 300
                                                       GULFPORT, MS 39501
                                                       228-574-4122
                                                       Fax: 228-400-1592
                                                       Email: baustin@morrisbart.com
                                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DISMAS CHARITIES
PROPERTIES, INC.**

**Defendant**

**DISMAS CHARITIES, INC.**

**Defendant**

**DISMAS EMPLOYEES "A" & "B"**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/17/2020 | 1 | Civil Cover Sheet. (Crowe, Rhonda) (Entered: 12/17/2020) |
| 12/17/2020 | 2 | COMPLAINT against DISMAS CHARITIES PROPERTIES, INC., DISMAS CHARITIES, INC., DISMAS EMPLOYEES "A" & "B", filed by ALLEN BRICE. (Crowe, Rhonda) (Entered: 12/17/2020) |
| 12/17/2020 | 3 | SUMMONS Issued to DISMAS CHARITIES PROPERTIES, INC., DISMAS CHARITIES, INC.. (Crowe, Rhonda) (Entered: 12/17/2020) |
|  |  |  |

| 12/22/2020 | 4 | NOTICE OF SERVICE of Interrogatories Propounded to Dismas Charities Properties, Inc., NOTICE OF SERVICE of Request for Production of Documents Propounded to Dismas Charities Properties, Inc. by ALLEN BRICE. (Austin, Brigg) (Entered: 12/22/2020) |
| 12/29/2020 | 5 | SUMMONS Returned Executed by ALLEN BRICE. ***Re:*** ** 3 SUMMONS Issued to DISMAS CHARITIES PROPERTIES, INC., DISMAS CHARITIES, INC.. (Crowe, Rhonda)** DISMAS CHARITIES PROPERTIES, INC. served on 12/26/2020, answer due 1/25/2021. Service type: Certified Mail (Attachments: # 1 Exhibit USPS Receipt,) (Austin, Brigg) (Entered: 12/29/2020) |

| MEC Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/25/2021 14:15:27 | | |
| **You will be charged $0.20 per page to view or print documents.** | | |
| **MEC Login:** | rt8188M | **Client Code:** | 20826.21001 |
| **Description:** | Docket Report | **Search Criteria:** | 18CI1:20-cv-00181 |
| **Billable Pages:** | 2 | **Cost:** | 0.40 |

## IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

**DANIELLE SLADE AND
DAVID THOMAS, III**

**PLAINTIFFS**

v.

CAUSE NO. 20-180

**FORREST COUNTY MISSISSIPPI
FIRE DISTRICT; STEVE JACOB ALBRIGHT;
AND JOHN DOES 1-5**

**DEFENDANTS**

### SUMMONS

**THE STATE OF MISSISSIPPI**

TO:     David Hogan, President
        Forrest County Board of Supervisors
        Forrest County, MS Fire District
        641 Main Street
        Hattiesburg, MS 39401,
        or **WHEREVER FOUND**

**THE COMPLAINT, INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND REQUESTS FOR ADMISSIONS WHICH ARE ATTACHED TO THIS SUMMONS ARE IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand deliver a copy of a written response to the Complaint, Interrogatories, Requests for Production of Documents, and Requests for Admissions to Cory N. Ferraez, Holmes, McLelland & Ferraez, PLLC, 601 East Central Avenue, Petal, Mississippi 39465, attorney for the Plaintiff. Your response to the Complaint must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward. According to the Mississippi Rules of Civil Procedure, your response to all Interrogatories, Requests for Production of Documents, and Requests for Admissions/discovery must be mailed or delivered within forty-five (45) days from the date of delivery of this Summons, Complaint, and discovery.

Issued under my hand and seal of said Court, this 16 day of December, 2020.

**FORREST COUNTY CIRCUIT CLERK**

BY: _____ D.C.

**COVER SHEET**

**Civil Case Filing Form**

*(To be completed by Attorney/Party*
*Prior to Filing of Pleading)*

Mississippi Supreme Court          Form AOC/01
Administrative Office of Courts          (Rev 2016)

**FILED**

DEC 17 2020

FORREST COUNTY CIRCUIT CLERK

Court Identification Docket #

| County # | Judicial District | Court I.D. (CH, CI, CO) |
| Case Year | Docket Number | Local Docket ID |

| Month | Date | Year |
This area to be completed by clerk

*Case Number if filed prior to 1/1/94*

In the CIRCUIT          Court of FORREST          County — FIRST   Judicial District

**Origin of Suit** (Place an "X" in one box only)

- [X] Initial Filing
- [ ] Reinstated
- [ ] Foreign Judgment Enrolled
- [ ] Transfer from Other court
- [ ] Other
- [ ] Remanded
- [ ] Reopened
- [ ] Joining Suit/Action
- [ ] Appeal

**Plaintiff - Party Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

Individual   Brice          Allen

| Last Name | First Name | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV |

____ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of

____ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency

**Business**

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

____ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A

**Address of Plaintiff**   102 Whispering Pine Drive, Gulfport MS 39503

**Attorney (Name & Address)**   Brigg H. Austin, 1712 15th St., Ste. 300, Gulfport, MS 39501          MS Bar No. 104317

____ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing:

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

Individual

| Last Name | First Name | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV |

____ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of

____ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency

**Business**   Dismas Charities Properties Inc.

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

____ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A

**Attorney (Name & Address) - If Known**          MS Bar No.

____ Check ( x ) if child support is contemplated as an issue in this suit.*
*If contemplated, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit** (Place an "X" in one box only)

| Domestic Relations | Business/Commercial |
|---|---|
| [ ] Child Custody/Visitation | [ ] Accounting (Business) |
| [ ] Child Support | [ ] Business Dissolution |
| [ ] Contempt | [ ] Debt Collection |
| [ ] Divorce:Fault | [ ] Employment |
| [ ] Divorce: Irreconcilable Diff. | [ ] Foreign Judgment |
| [ ] Domestic Abuse | [ ] Garnishment |
| [ ] Emancipation | [ ] Replevin |
| [ ] Modification | [ ] Other _____ |
| [ ] Paternity | **Probate** |
| [ ] Property Division | [ ] Accounting (Probate) |
| [ ] Separate Maintenance | [ ] Birth Certificate Correction |
| [ ] Term. of Parental Rights-Chancery | [ ] Mental Health Commitment |
| [ ] UIFSA (eff 7/1/97; formerly URESA) | [ ] Conservatorship |
| [ ] Other _____ | [ ] Guardianship |
| **Appeals** | [ ] Heirship |
| [ ] Administrative Agency | [ ] Intestate Estate |
| [ ] County Court | [ ] Minor's Settlement |
| [ ] Hardship Petition (Driver License) | [ ] Muniment of Title |
| [ ] Justice Court | [ ] Name Change |
| [ ] MS Dept Employment Security | [ ] Testate Estate |
| [ ] Municipal Court | [ ] Will Contest |
| [ ] Other _____ | [ ] Alcohol/Drug Commitment (Treatment) |

| | |
|---|---|
| [ ] Alcohol/Drug Commitment (Voluntary) | |
| [ ] Other | |
| **Children/Minors - Non-Domestic** | |
| [ ] Adoption - Contested | |
| [ ] Adoption - Uncontested | |
| [ ] Consent to Abortion | |
| [ ] Minor Removal of Minority | |
| [ ] Other | |
| **Civil Rights** | |
| [ ] Elections | |
| [ ] Expungement | |
| [ ] Habeas Corpus | |
| [ ] Post Conviction Relief/Prisoner | |
| [ ] Other | |
| **Contract** | |
| [ ] Breach of Contract | |
| [ ] Installment Contract | |
| [ ] Insurance | |
| [ ] Specific Performance | |
| [ ] Other | |
| **Statutes/Rules** | |
| [ ] Bond Validation | |
| [ ] Civil Forfeiture | |
| [ ] Declaratory Judgment | |
| [ ] Injunction or Restraining Order | |
| [ ] Other _____ | |

| Real Property |
|---|
| [ ] Adverse Possession |
| [ ] Ejectment |
| [ ] Eminent Domain |
| [ ] Eviction |
| [ ] Judicial Foreclosure |
| [ ] Lien Assertion |
| [ ] Partition |
| [ ] Tax Sale: Confirm/Cancel |
| [ ] Title Boundary or Easement |
| [ ] Other _____ |
| **Torts** |
| [ ] Bad Faith |
| [ ] Fraud |
| [ ] Intentional Tort |
| [ ] Loss of Consortium |
| [ ] Malpractice - Legal |
| [ ] Malpractice - Medical |
| [ ] Mass Tort |
| [ ] Negligence - General |
| [X] Negligence - Motor Vehicle |
| [ ] Product Liability |
| [ ] Subrogation |
| [ ] Wrongful Death |
| [ ] Other _____ |

IN THE **CIRCUIT** COURT OF **FORREST** COUNTY, MISSISSIPPI

**FIRST** JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____   _____
         File Yr          Chronological No.          Clerk's Local ID

Docket No. If Filed
Prior to 1/1/94 _____

### DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages
### IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Defendant #2:**

Individual: _____ _____ ( _____ ) **M.** _____ _____
                    Last Name              First Name          Maiden Name, if Applicable       Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** _Dismas Charities, Inc._ _____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

   D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant #3:**

Individual: _____ _____ ( _____ ) _____ _____
                    Last Name              First Name          Maiden Name, if Applicable       Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** _____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

   D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant #4:**

Individual: _____ _____ ( _____ ) _____ _____
                    Last Name              First Name          Maiden Name if Applicable       Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** _____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

   D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

# MORRIS **BART**, LTD

ATTORNEYS AT LAW

*Morris Bart, LA
Kenneth M. Altman, MS, LA, FL
Terry B. Loup, MS, LA, TX
Craig A. Gentry, MS, LA
Jason Ruiz, MS
Scott Bishop, MS
Susan Sanich, MS, AL
Ryan Canon, MS, AL
Melinda Parks, MS, AL
Lindsey Topp, MS, LA
Christopher Fitzgerald, MS
Andrew Reish, MS
Jessica Lennard, MS
Lauren Sullivan, MS, LA
Ida Henley, MS
Kanesha Johnson, MS

1712 15th Street, Suite 300
Gulfport, Mississippi 39501 2140

Writer's Direct Dial: (228) 574-4122
Writer's Direct Facsimile: (228) 400-1592
E-mail: baustin@morrisbart.com

December 14, 2020

Gwen Wilks
PO Box 992
Hattiesburg, MS 39403

RE:   Allen Brice v. Dismas Charties Properties, Inc. et. al

Dear Ms. Wilks:

Enclosed please find a Civil Cover Sheet, and the original and one copy of the Summons, Return, and Complaint in the above-referenced matter. I respectfully request that you file these documents with the court. In addition, please return a conformed copy of the filed complaint to me in the self-addressed envelope I have enclosed. Also, please forward the original Summons and Return, and a service copy of the Complaint to my office so that service of process may be effected.

Please find enclosed our firm's check in the amount of $160.00 made payable to the Clerk of Court to cover the cost of filing.

Sincerely,

Brigg Hails Austin

BHA
Enclosures:   Civil Cover Sheet
Original & one copy of Summons and Return for each Defendant
Original & one copy of the Complaint
$160.00 check for filing fee

**OF COUNSEL**
Beth Cocke, MS, TN
Mark Lumpkin, MS

*not licensed to practice
in Mississippi

**ADMINISTRATOR**
Mark Duhan

New Orleans
504 525 8000

Baton Rouge
225 925 8000

Shreveport
318.222.9000

Lafayette
337 233 4200

Monroe
318.807.1000

Alexandria
318.561.770

Lake Charles
337 477.4600

Gulfport
228.432.9000

Pascagoula
228 762 4700

Hattiesburg
601.583.8000

Mobile
251 433.2210

Birmingham
205.251 6700

Huntsville
256 539.8500

Montgomery
334.834.1800

Little Rock
501 376 9000

Texarkana
870.772.1669

1 86

www.morrisbart.com

## IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

**FILED**

**ALLEN BRICE**
DEC 1 7 2020
**PLAINTIFF**

**VS.**
FORREST COUNTY CIRCUIT CLERK **CAUSE NO:** 20-181

**DISMAS CHARITIES PROPERTIES, INC.,**
**DISMAS CHARITIES, INC., and DISMAS**
**EMPLOYEES "A" & "B"**
**DEFENDANTS**

### COMPLAINT

### JURY TRIAL REQUESTED

**NOW INTO COURT**, through undersigned counsel, come the Plaintiff, Allen Brice

(hereinafter may be referred to as Plaintiff) who files this Complaint against the Defendants,

Dismas Charities Properties, Inc. & Dismas Charities, Inc. (hereinafter Defendants) and shows

this Honorable Court the following, to-wit:

### PARTIES

I.

The Plaintiff, Allen Brice, is a person of majority and domiciled in Harrison County,

State of Mississippi.

II.

Defendant, Dismas Charities Properties, Inc. & Dismas Charities, Inc., upon information

and belief, are Kentucky companies doing business in the State of Mississippi who may be

served by its Registered Agent, CT Corporation System, 645 Lakeland East Dr. Ste 101,

Flowood Ms. pursuant to the Mississippi Rules of Civil Procedure.

Dismas Employee "A" is the individual who placed the hazard on the premises upon

which the plaintiff slipped, and is an adult resident of the State of Mississippi.

Dismas Employee "B" is the individual who failed to warn of the hazard upon which

Plaintiff slipped, and is an adult resident of the State of Mississippi.

1

## JURISDICTION AND VENUE

### III.

This cause of action occurred or accrued in Forrest County, Mississippi; and pursuant to the provisions Miss. Code Ann. §11-11-3, as amended, venue is proper in this Court. Further, this court has jurisdiction over this cause of action and the parties.

## FACTS

### V.

That on or about December 10, 2019, and at all times hereinafter mentioned Plaintiff, Allen Brice, was an invitee at the place of business of Dismas Charities Properties Inc. and/or Dismas Charities Inc. located at 5209 Hwy 42, Hattiesburg, MS 39401in the County of Forrest, State of Mississippi.

### VI.

While walking into the Annex Building on Defendant's property Plaintiff slipped and fell on the wet floor which resulted in serious injuries and damages sued on herein. The Employees of the Defendants' were aware that the floor was wet and slippery.

## CAUSES OF ACTION

### VII.

The employee(s) working for the Defendants failed to warn, failed to adequately warn or otherwise failed to notify the Plaintiff of the wet floor which they caused and/or they knew existed resulting injuries from the subject fall.

### VIII.

The Defendants, Dismas Charities Properties, Inc. & Dismas Charities, Inc., , were the entities responsible for maintaining the premises in a safe condition.

2

IX.

The aforesaid fall and incident sued on herein was the fault of, and proximately caused by the negligence of Defendants in the following, non-exclusive respects:

a.   By failing to maintain reasonable safe premises and/or failing to safely operate said business;

b.   In operating the business in an improper, unsafe, and negligent manner;

c.   In failing to warn and/or adequately warn the Plaintiff of a hidden danger that they caused;

d.   In failing to safely demarcate a danger in which they were aware of;

e.   By failing to see what should have been seen;

f.   In negligently training;

g.   In negligently failing to supervise;

h.   In negligently hiring and/or retaining;

f.   In violating the duties owed to a business invitee;

g.   In violating industry standards and building codes;

h.   In violating company policies and procedures;

i.   In violating the Revised Statutes of the State of Mississippi, all of which are pled as if copied herein in extenso; and

j.   All other acts of negligence and/or gross negligence which were the cause of the slip and fall incident sued upon and will be shown at the trial of this matter.

X.

On information and belief, at all relevant times herein, the employees of the Defendants were acting in the course and scope of their employment or as part of a joint venture or otherwise

for the benefit of Defendants.  Under the theory of *respondeat superior*, both are responsible for the Plaintiff's fall and damages resulting thereto.

## DAMAGES

### XI.

That as a result of the aforesaid fall, Plaintiff, Allen Brice has sustained serious injuries including: a lumbar spine injury with radicular symptoms and other associated side effects.

### XII.

As a result thereto, Plaintiff, Allen Brice, has suffered the following damages: bills for medical treatment, past and future; loss of wages past and future; physical pain and suffering including loss of enjoyment of life, past and future; permanent scarring and disfigurement (future), and mental and emotional distress, past and future.

### XIII.

Plaintiff shows that she is entitled to a trial by jury on all issues raised herein, and prays for a trial by jury on all issues raised herein.

**WHEREFORE,** your Plaintiff prays that Defendants be served with a copy of this Complaint, and after being duly cited to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of Plaintiff, and against Defendants, as alleged, together with legal interest, and for all costs of these proceedings including expert witness fees to be taxed as costs of court, and for all legal and equitable relief this honorable court shall deem appropriate.  Further, a **TRIAL BY JURY** is requested on all issues raised herein.

**RESPECTFULLY SUBMITTED,** this the 16th day of December 2020.

**PLAINTIFF, ALLEN BRICE**

BY: _____

Brigg H. Austin, MSB #104317

Brigg H. Austin
MORRIS BART
1712 15TH Street, Suite 300
Gulfport, Mississippi 39501
Tel.: 228-574-4122
Fax: 228-400-1592
ALLEN BRICEbaustin@morrisbart.com

5

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

**ALLEN BRICE**                                                                        **PLAINTIFF**

DEC 1 7 2020

**VS.**                                                        **CAUSE NO:** 20-181

FORREST COUNTY CIRCUIT CLERK

**DISMAS CHARITIES PROPERTIES, INC.,**
**DISMAS CHARITIES, INC., and DISMAS**
**EMPLOYEES "A" & "B"**                                                    **DEFENDANTS**

## SUMMONS

**THE STATE OF MISSISSIPPI**

**TO:    DISMAS CHARTIES PROPERTIES INC.**
**& DISMAS CHARTIES INC.**
Via their registered agent:
C T CORPORATION SYSTEM
645 LAKELAND EAST DR STE 101
FLOWOOD, MS 39232

## NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
Brigg Austin, Esquire, the attorney for the Plaintiff, whose address is 1712 15th Street, Suite
300, Gulfport, MS, 39501.

Your response must be mailed or delivered within thirty (30) days from the date of
delivery of this Summons and Complaint or a judgment by default will be entered against you for
the money or other things demanded in the complaint.

You must file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and the seal of said Court, this _____ day of _____, 2016.

CIRCUIT CLERK OF FORREST COUNTY

BY: _____ D.C.

6

## IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

ALLEN BRICE                                                           PLAINTIFF

VS.                                                    CAUSE NO: _____

DISMAS CHARITIES PROPERTIES, INC.,
DISMAS CHARITIES, INC., and DISMAS
EMPLOYEES "A" & "B"                                                   DEFENDANTS

RETURN

DISMAS CHARTIES PROPERTIES INC.
&
DISMAS CHARTIES INC.
Via their registered agent:
C T CORPORATION SYSTEM
645 LAKELAND EAST DR STE 101
FLOWOOD, MS 39232

I, the Undersigned process server, served the summons, complaint and discovery upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

(   ) FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender.

(   ) PERSONAL SERVICE. I personally delivered copies of the summons, complaint and discovery on the _____ day of _____, 2016, to:
_____

(   ) RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ county, Mississippi. I served the summons, complaint and discovery on the ___ day of _____, 2016, at the usual place of abode of said person by leaving a true copy of the summons, complaint and discovery with _____ who is the _____ (insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years, and willing to receive the summons, complaint and discovery and thereafter, on the _____ day of _____, 2016. I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

( ) CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or other evidence of actual delivery to the person served).

At the time of service I was at least 18 years of age and not a party to this action.

Fee for service: $_____

Name:_____
Address: _____
Soc. Sec. No.: _____    Telephone No.: _____

State of Mississippi

County of _____

Personally appeared before me the undersigned authority in and for the state and county

aforesaid, the within named _____ who being first by me duly sworn

states on oath that the matters and facts set for in the foregoing "Proof of Service-Summons" are

true and correct as therein stated.

_____
Process Server

Sworn to and subscribed before me on this the ___ day of _____, 2016.

_____
Notary Public

(Seal) My commission Expires:

_____

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

FILED

ALLEN BRICE                                                          **PLAINTIFF**

DEC 1 7 2020

VS.                                                          CAUSE NO: 20-181

FORREST COUNTY CIRCUIT CLERK

DISMAS CHARITIES PROPERTIES, INC.,
DISMAS CHARITIES, INC., and DISMAS
EMPLOYEES "A" & "B"                                          **DEFENDANTS**

## PLAINTIFF'S ELECTION FORM FOR SERVICE OF PROCESS

Plaintiff, through undersigned counsel, hereby select service of process on Defendant by the method indicated below:

A.     ( ) By the Sheriff of the county in which the Defendant(s) reside for service under subparagraph (c)(2) of Rule 4 of the Mississippi Rules of Civil Procedure.

B.     ( ) By a Process Server selected by the plaintiff who is not a party and is not less than 18 years of age for service under subparagraphs (c)(1) of Rule 4 of the Mississippi Rules of Civil Procedure.

C.     (✓) By Mail as provided by (c)(3) or (c)(5) Rule 4 of the Mississippi Rules of Civil Procedure.

D.     ( ) By Publication as authorized under subparagraph (c)(4) of Rule 4 of the Mississippi Rules of Civil Procedure.

E.     ( ) Do not issue Summons in this case as it is my intention to get a waiver from the defendant(s). The waiver will be filed as soon as it is secured.

Submitted on the 16th day of December, 2020.

Brigg Austin, NO. 104317
ATTORNEY FOR THE PLAINTIFF

## IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

**ALLEN BRICE**                                                                                    **PLAINTIFF**

**VS.**                                                                        **CAUSE NO: 20-181**

**DISMAS CHARITIES PROPERTIES, INC.,**
**DISMAS CHARITIES, INC., and DISMAS**
**EMPLOYEES "A" & "B"**                                                          **DEFENDANTS**

---

### PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY

---

Notice is hereby given that the Plaintiffs, have this date mailed via certified mail in the

above entitled action:

1.      Plaintiff's First Requests for Interrogatories and Requests for Production of
        Documents propounded to Defendant.

RESPECTFULLY SUBMITTED, this the 22nd day of December 2020.

COUNSEL FOR THE PLAINTIFF

*/s/ Brigg Austin*
BRIGG AUSTIN, MSB # 104317
MORRIS BART, LTD.
1712 15TH Street, Suite 300
Gulfport, MS 39501
Telephone: (228) 574-4122
Fax: (228) 400-1592

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

**FILED**

**ALLEN BRICE**                                     DEC 1 7 2020                                     **PLAINTIFF**

**VS.**                                 FORREST COUNTY CIRCUIT CLERK     **CAUSE NO:** 20-181

**DISMAS CHARITIES PROPERTIES, INC.,**
**DISMAS CHARITIES, INC., and DISMAS**
**EMPLOYEES "A" & "B"**                                                 **DEFENDANTS**

## SUMMONS

**THE STATE OF MISSISSIPPI**

TO:    **DISMAS CHARTIES PROPERTIES INC.**
       **& DISMAS CHARTIES INC.**
       Via their registered agent:
       C T CORPORATION SYSTEM
       645 LAKELAND EAST DR STE 101
       FLOWOOD, MS 39232

## NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

    You are required to mail or hand-deliver a copy of a written response to the Complaint to
Brigg Austin, Esquire, the attorney for the Plaintiff, whose address is 1712 15th Street, Suite
300, Gulfport, MS, 39501.

    Your response must be mailed or delivered within thirty (30) days from the date of
delivery of this Summons and Complaint or a judgment by default will be entered against you for
the money or other things demanded in the complaint.

    You must file the original of your response with the Clerk of this Court within a
reasonable time afterward.

    Issued under my hand and the seal of said Court, this _____ day of _____, 2016.

                              CIRCUIT CLERK OF FORREST COUNTY


                              BY: _____ D.C.

6

# IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

**ALLEN BRICE**                                                                    **PLAINTIFF**

**VS.**                                                  **CAUSE NO:** _____

**DISMAS CHARITIES PROPERTIES, INC.,**
**DISMAS CHARITIES, INC., and DISMAS**
**EMPLOYEES "A" & "B"**                                              **DEFENDANTS**

## RETURN

**DISMAS CHARTIES PROPERTIES INC.**
**&**
**DISMAS CHARTIES INC.**
Via their registered agent:
C T CORPORATION SYSTEM
645 LAKELAND EAST DR STE 101
FLOWOOD, MS 39232

I, the Undersigned process server, served the summons, complaint and discovery upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

( X ) FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender.

( ) PERSONAL SERVICE. I personally delivered copies of the summons, complaint and discovery on the _____ day of _____, 2016, to:
_____

( ) RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ county, Mississippi. I served the summons, complaint and discovery on the ___ day of _____, 2016, at the usual place of abode of said person by leaving a true copy of the summons, complaint and discovery with _____ who is the _____ (insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years, and willing to receive the summons, complaint and discovery and thereafter, on the day of _____, 2016. I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

( X ) CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or other evidence of actual delivery to the person served).

At the time of service I was at least 18 years of age and not a party to this action.

Fee for service: $_____

Name:_____
Address: _____
Soc. Sec. No.: _____   Telephone No.: _____

State of Mississippi

County of _____

Personally appeared before me the undersigned authority in and for the state and county

aforesaid, the within named _____ who being first by me duly sworn

states on oath that the matters and facts set for in the foregoing "Proof of Service-Summons" are

true and correct as therein stated.

_____
Process Server

Sworn to and subscribed before me on this the ___ day of _____, 2016.

_____
Notary Public

(Seal) My commission Expires:

_____   _____

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

**ALLEN BRICE**                                                                                    **PLAINTIFF**

FILED

DEC 17 2020

VS.

~~Amanda~~
FORREST COUNTY CIRCUIT CLERK                    CAUSE NO: 20 -181

**DISMAS CHARITIES PROPERTIES, INC.,**
**DISMAS CHARITIES, INC., and DISMAS**
**EMPLOYEES "A" & "B"**                                                                **DEFENDANTS**

## PLAINTIFF'S ELECTION FORM FOR SERVICE OF PROCESS

Plaintiff, through undersigned counsel, hereby select service of process on Defendant by

the method indicated below:

A.    ( ) By the Sheriff of the county in which the Defendant(s) reside for service

under subparagraph (c)(2) of Rule 4 of the Mississippi Rules of Civil Procedure.

B.    ( ) By a Process Server selected by the plaintiff who is not a party and is not less

than 18 years of age for service under subparagraphs (c)(1) of Rule 4 of the

Mississippi Rules of Civil Procedure.

C.    (✓) By Mail as provided by (c)(3) or (c)(5) Rule 4 of the Mississippi Rules of

Civil Procedure.

D.    ( ) By Publication as authorized under subparagraph (c)(4) of Rule 4 of the

Mississippi Rules of Civil Procedure.

E.    ( ) Do not issue Summons in this case as it is my intention to get a waiver from

the defendant(s). The waiver will be filed as soon as it is secured.

Submitted on the _16th_ day of _December_, 2020.

Brigg Austin, NO. 104317
ATTORNEY FOR THE PLAINTIFF

**UNITED STATES**
**POSTAL SERVICE**

December 28, 2020

Dear Elizabeth Cole:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9171 9690 0935 0222 4910 72**.

| Item Details | |
|---|---|
| **Status:** | Delivered to Agent for Final Delivery |
| **Status Date / Time:** | December 26, 2020, 9:34 am |
| **Location:** | FLOWOOD, MS 39232 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Recipient Signature |
|---|

Signature of Recipient:
(Authorized Agent)

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004